IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 0 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES ) | |
| v. ) | CRIMINAL NO. 05-0515M-03 |
| MICHAEL LUNA ) | |
| Defendant ) | |

### ENTRY OF APPEARANCE, ELECTION FOR MANDATORY MOTIONS, AND MOTION FOR DISCOVERY AND INSPECTION

1. Please enter the appearance of Ross D. Hecht and the Law Offices of Ross D. Hecht as counsel for the Defendant, Mr. LUNA.

2. Demands Jury Trial and enters a plea of not guilty.

3. Elects to exercise his right to twenty (20) peremptory jury challenges.

4. Moves to suppress any and all evidence obtained by the Government in violation of the defendant's rights as guaranteed by the 4th, 5th, 6th, and 14th Amendments to the Constitution of the United States.

5. Moves to dismiss the indictment.

6. Moves to sever the trial of his case from that of his co-defendants and/or sever counts.

7. Moves for Discovery and Inspection as provided by the Rules, United States Constitution.

8. Demands a speedy trial.

Respectfully submitted,

1

LAW OFFICES of ROSS D. HECHT

_____
Ross D. Hecht, Esquire
DC BAR NO. 439909
14749 Main Street, Suite 7
Upper Marlboro, MD 20772
(301) 952-0262
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4TH day of Oct, 2005, a copy of Defendant's Line, Mandatory Motions and Request for Discovery was delivered by hand to the Assistant United States Attorney in open court.

_____
Ross D. Hecht