IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 1:05-CR-00387-RWR |
| ALFREDO MEDINA, et al. | : | |

**NOTICE OF ATTORNEY APPEARANCE**

Enter the appearance of the undersigned attorney as counsel for Michael B. Luna in this action.

_____
Jonathan S. Love, P.C.   DCB# 424085
GUYDON LOVE, LLP
3309 Duke Street
Alexandria, Virginia 22314
jlove@guydonlove.com
Tel (703) 212-9000

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Criminal Division

THE UNITED STATES OF AMERICA            :

      v.                                      : Case No. 1:05-CR-00387-RWR

ALFREDO MEDINA, et al.                   :

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Attorney Appearance was served this 3rd day of November, 2005, via:

☐ Telecopy
☐ Electronic Mail
☐ USPS First Class Mail
☐ USPS Certified Mail

☐ Overnight Mail
☐ Courier
☐ Other: _____

upon the following counsel of record:

James Rudasill, Jr., Esq.
601 Indiana Avenue, NW
Suite 500
Washington, DC 20004
rudasilljr7@aol.com
Tel (202) 783-7908

Steven Wasserman, Esq.
United States Attorney's Office
Judiciary Center, 555 Fourth Street, NW
Washington, DC 20530
steve.wasserman@usdoj.gov
Tel (202) 307-0031

Ross Hecht, Esq
14749 Main Street
Suite 7
Upper Marlboro, MD 20772
lawofficerhecht@verizon.net
Tel (301) 952-0262

Frederick Jones, III, Esq.
Law Office of Frederick J. Jones
12801 Short Hills Drive
Clarksburg, MD 20871-4350
fjlaw@comcast.net
Tel (301) 916-4399

                                                                /s/ Jonathan F.S. Love
                                      Jonathan F.S. Love, P.C.